IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **THOMAS McCANT, Inmate #N01050,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL NO. 05-644-WDS** |
| ) | |
| **PINCKNEYVILLE CORRECTIONAL** ) | |
| **CENTER,** ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed because it seeks relief from a defendant immune from suit. Dismissal is **without prejudice**. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

July 24, 2006                               By:   s/ WILLIAM D. STIEHL
*Date*                                                  *District Judge*